UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REZA KARDOONI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　　Defendant. | Case No. 18-cv-05894-JD<br><br>**ORDER REMANDING CASE**<br><br>Re: Dkt. No. 14 |

The parties have made a stipulated request to remand this case back to the Alameda Superior Court, where it had the case number HG18903078. Dkt. No. 14. The stipulation states that defendant "understands from plaintiffs' motion that the amount in controversy in this action does not exceed $75,000.00." *Id*. at 2.

Because the parties have clarified that this action was removed improvidently and without jurisdiction, and based on the parties' stipulated request, the Court orders, pursuant to 28 U.S.C. § 1447(c), that this case be remanded to the Superior Court of California for the County of Alameda.

As jointly requested by the parties, the Court also orders that each side will bear its own attorney's fees and costs incurred in connection with the removal and remand, except that those fees and costs may be included in any prevailing party fee request made at the conclusion of the state court action, as may be appropriate under California law.

**IT IS SO ORDERED.**

Dated: November 2, 2018

JAMES DONATO
United States District Judge